No. —, original. Ex parte GLEN W. SHAFER; and No. —, original. Ex parte ARTHUR E. HANSEN. April 1, 1940. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —, original. Ex parte J. C. MOORE. April 1, 1940. Motion for leave to file petition for writ of mandamus denied.

No. 10, original. TEXAS *v.* NEW MEXICO ET AL. April 1, 1940. The motion of the complainant to apply funds in the registry of the Court to reimburse El Paso County Water Improvement District No. 1 for costs advanced by said District is denied, and the amount remaining in the registry of the Court is directed to be paid to the Attorney General of the State for such disposition as the State may require.